# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Marvin Moffett, B58852**

vs.  Case Number: **03-1335**

**IL Dept of Corrections, etal**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that IDOC's motion to dismiss the complaint is granted. Further, Robertson, Snyder & Love's motion for summary judgment is granted and case is dismissed in its entirety, parties to bear their own costs.

ENTER this 3rd day of February, 2005.

JOHN M. WATERS, CLERK

s/H. Kallister
BY: DEPUTY CLERK

03-1335.wpd